# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128889

ANR PIPELINE COMPANY,
      Petitioner-Appellant,

v

                                        SC: 128889
                                        COA: 249056
                                        MTT: 00-273117

DEPARTMENT OF TREASURY,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005 _____                  _____

d1121                                                       Clerk